UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

AARON ROLLINS MILLER,     PLAINTIFF

v.     CIVIL ACTION NO. 3:23-cv-00131-CRS-CHL (E-

KILOLO KIJAKAZI,     FILED)
ACTING COMMISSIONER
OF SOCIAL SECURITY     DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

August 16, 2023

Charles R. Simpson III, Senior Judge
United States District Court

TENDERED BY:

Chad M. Muir
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(816) 936-5772
Chad.Muir@ssa.gov